CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 10 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| In re: ) | Civil Action No. 3:11CV00063 |
| ) | |
| CLAUDE MARIE DELFOSSE, ) | Chapter 11 Case No. 10-60888 |
| GENEVIEVE JULIETTE DELFOSSE, ) | |
| ) | By: Hon. Glen E. Conrad |
| Debtors. ) | Chief United States District Judge |

## ORDER OF REFERENCE

This matter is before the court pursuant to a Report and Recommendation of United States Magistrate Judge B. Waugh Crigler following mediation proceedings held on December 13, 2011, reporting that the parties have settled this matter upon mutually agreeable terms.

By order dated October 5, 2011, the court withdrew the reference of this matter from the United States Bankruptcy Court to allow the mediation to proceed before the United States Magistrate Judge.

As certain provisions of the settlement agreement reached by the parties require further supervision by the Bankruptcy Court, these matters are stricken from the docket of this court and are again referred to the Bankruptcy Court for approval and implementation pursuant to the settlement agreement.

The clerk is directed to send certified copies of this order of reference to all counsel of record.

ENTER: This _10th_ day of January, 2012.

/s/ Glen E. Conrad
Chief United States District Judge